Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd, Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
LINDA PONCE-GUTIERREZ

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| LINDA PONCE-GUTIERREZ, | Case No.: 2:19-cv-8667 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| CITIBANK, N.A. | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiff, Linda Ponce-Gutierrez, and Defendant, Citibank, N.A. have reached an agreement on all material terms required to settle all of Plaintiff's claims pending in this action. The parties expect to file a dismissal of all of Plaintiff's claims within the next thirty (30) days.

Plaintiff respectfully requests this Honorable Court vacate all deadlines in the present matter.

Date: December 10, 2019                     RESPECTFULLY SUBMITTED,

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff,
LINDA PONCE-GUTIERREZ

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. Notice of said filing was sent via e-mail transmission to the following:

Andrew Moritz
Citibank, N.A.
14000 Citicards Way
Jacksonville, FL 32259
Andrew.moritz@citi.com

By: /s/  Matthew A. Rosenthal
Matthew A. Rosenthal